JUANITA GELLY, Respondent, v. ANNA KALAMON, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GEPO REALTY CORP., Appellant, v. ABRAHAM PIERCE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GUSSIE GOETZ, as Administratrix, etc., of MORRIS GOETZ, Deceased, Plaintiff, and GUSSIE GOETZ, Individually, Respondent, v. HAROLD F. GOETZ, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JOSEPH GREENBERG, Appellant, v. SAMUEL GREENBERG and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

WILLIAM H. GUTHRIE, Respondent, v. MAURICE THOMAS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

LOUISE HOERUP, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 1041.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ERNEST HOWELL, as Administrator, etc., of ANNIE E. HOWELL, Deceased, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASS., Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 1042.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of GABRIEL AARVIG, Respondent, for an Order against THEODORE ORNSTEIN, as Mayor and as Commissioner of Public Works of the City of Long Beach, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of JOHN J. BENNETT, JR., Individually and as Attorney-General of the State of New York, Petitioner, Respondent, for a Peremptory Order against HENRY B. MERRITT, Individually and as Special County Judge of Orange County, the COUNTY COURT OF ORANGE COUNTY, Respondents; MICHAEL A. DEVASTO, and HENRY HIRSCHBERG, as District Attorney of Orange County, Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of EDWARD C. BURKE, Petitioner, Respondent, for an Order against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, and Others, Appellants, and Another, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The denials are on the merits, and on the further ground that the application was not timely made. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same